1  Zachary Nightingale (California Bar # 184501)
   Van Der Hout LLP
2  360 Post Street, Suite 800
   San Francisco, CA 94108
3  Telephone: (415) 981-3000
   Fax: (415) 981-3003
4  Email: ndca@vblaw.com
5
   Attorney for Plaintiffs
6

7                  UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
9

| S.Y., Z.D., Y.W., H.G., W.X., | Case No.: 5:25-cv-03244 |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF ZACHARY NIGHTINGALE IN SUPPORT OF COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER THE ADMINISTRATIVE PROCEDURE ACT AND THE DECLARATORY JUDGMENT ACT** |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; | Request for Declaratory and Injunctive Relief |
| Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| Defendants. | |

I, Zachary Nightingale, do hereby declare:

1.    I am a partner at Van Der Hout LLP at 360 Post Street, Suite 800, San Francisco, CA 94108. I have personal knowledge of the matter stated herein because I am the attorney for Plaintiffs S.Y., Z.D., Y.W., H.G., and W.X. in this complaint.

2.    Plaintiffs S.Y., Z.D., Y.W., H.G., and W.X. are all individuals in lawful F-1 visa status who are maintaining their status by being either current students *or* employed pursuant to post-graduate Optional Practical Training ("OPT") employment authorization. On information and belief, there are several of hundreds, if not more, F-1 students nationwide whose SEVIS record has been abruptly and unlawfully terminated by the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE") since approximately April 4, 2025, in an apparent attempt to jeopardize their lawful immigration status, with no lawful or valid basis.

**Plaintiff S.Y.**

3.    Plaintiff S.Y. is currently a graduate student in F-1 status in the Northern District of California.

4.    Plaintiff S.Y. first came to study in the United States on a student visa in 2013 and completed an undergraduate degree.

5.    In 2018, Plaintiff S.Y.'s F-1 visa was revoked by the U.S. Department of State ("DOS") due to a misdemeanor conviction they sustained for driving under the influence. Their status was not terminated at that time. Plaintiff S.Y. thereafter re-applied for a new F-1 visa at a U.S. consulate abroad, and submitted the requisite medical examination and relevant court documents. In 2018, Plaintiff S.Y. was then issued a new F-1 visa, and they reentered the United States to continue their studies and complete their undergraduate degree. Attached at Exhibit A are copies of Plaintiff S.Y.'s visas.

6.    In 2024, Plaintiff applied for and obtained another F-1 visa, again fully revealing the prior misdemeanor, and entered the United States to begin their graduate program.

7.    On or about April 8, 2025, Plaintiff S.Y. received notice from the university where they are currently a graduate student that their SEVIS status was terminated. Attached at Exhibit B is the SEVIS Revocation Notice received by Plaintiff S.Y.

8.    The only explanation was a code given for the termination which was "Otherwise

1

Declaration of Zachary Nightingale
Re: Complaint for Declaratory and Injunctive
Relief

No. 5:25-cv-03244

Failing to Maintain Status." The reason listed was that Plaintiff S.Y. had been identified in a criminal records check.

9.      Plaintiff S.Y. was informed that the school itself did not terminate their SEVIS status. Plaintiff S.Y. is unaware of the factual basis for the termination of their SEVIS status. Plaintiff S.Y. believes that the valid form I-20 issued by their school has not been terminated.

10.     On or about April 9, 2025, Plaintiff S.Y. also received notice from DOS that their F-1 visa had been revoked. Attached at <u>Exhibit C</u> is the Visa Revocation Email received by Plaintiff S.Y.

11.     Plaintiff S.Y.'s only criminal history is the 2018 misdemeanor conviction for California Vehicle Code § 23152(b), for which they paid a fine and completed classes pursuant to the First Offender program. Attached at <u>Exhibit D</u> are the Court Documents of Plaintiff S.Y.

12.     Plaintiff S.Y.'s minor misdemeanor conviction is not for a crime of violence, nor did it carry a potential sentence of more than one year. This single conviction does not render Plaintiff S.Y. inadmissible to or deportable from the United States. Importantly, long before the SEVIS termination on April 8, 2025, Plaintiff S.Y. had informed DOS of their criminal conviction in their subsequent F-1 visa applications. After learning of Plaintiff S.Y.'s conviction, DOS reissued them another F-1 visa in 2018, and thereafter approved Plaintiff S.Y.'s current F-1 visa in 2024. Plaintiff S.Y. was admitted into the United States, again with the government's knowledge of that conviction, because their conviction does not render them ineligible for a visa nor inadmissible to, or deportable from, the United States.

**Plaintiff Z.D.**

13.     Plaintiff Z.D. is currently in valid F-1 status, and is employed pursuant to post-graduate OPT employment authorization, which is authorized through their F-1 student status, in the Northern District of California.

14.     Plaintiff Z.D. first came to study in the United States on a student visa in 2021, and they received an undergraduate degree and eventually a graduate degree in 2024. Since that time, Plaintiff Z.D. has lawfully worked in the United States pursuant to their F-1 OPT status and associated employment authorization. Attached at <u>Exhibit E</u> are copies of Plaintiff Z.D.'s visas and forms I-20.

2

Declaration of Zachary Nightingale                              No. 5:25-cv-03244
Re: Complaint for Declaratory and Injunctive
Relief

15.     On or about April 4, 2025, Plaintiff Z.D. received notice from SEVP that their SEVIS status was terminated. Attached at <u>Exhibit F</u> is the SEVIS Revocation Notice received by Plaintiff Z.D.

16.     The code given for the termination was "Otherwise Failing to Maintain Status." The reason listed was that Plaintiff Z.D. had been identified in a criminal records check.

17.     On or about April 4, 2025, Plaintiff Z.D received an email from <u>do-not-reply.SEVP@ice.dhs.gov</u> stating that his OPT authorization period has ended. Attached at <u>Exhibit G</u> is the email from SEVP received by Plaintiff Z.D.

18.     On or about April 6, 2025, Plaintiff Z.D. also received notice from DOS that their F-1 visa had been revoked. Attached at <u>Exhibit H</u> is the Visa Revocation Notice received by Plaintiff Z.D.

19.     Plaintiff Z.D. was not informed by their graduate university that the school itself terminated their SEVIS status. Plaintiff Z.D. is unaware of the factual basis for the termination of their SEVIS status. Plaintiff Z.D. believes that the valid form I-20 issued by their school has not been terminated.

20.     Plaintiff Z.D.'s only criminal history is a 2024 conviction for misdemeanor California Penal Code § 415 (disturbing the peace) for which they paid a fine. Attached at <u>Exhibit I</u> are the Court Documents of Plaintiff Z.D.

21.     Plaintiff Z.D.'s minor misdemeanor conviction is not for a crime of violence, nor did it carry a potential sentence of more than one year. This single conviction does not render Plaintiff Z.D. inadmissible to or deportable from the United States.

22.     Plaintiff Z.D. is highly valued by their employer, which desires for them to continue to work at the company. However, Plaintiff Z.D.'s ability to do so is in jeopardy due to the termination of their SEVIS record and status.

**Plaintiff Y.W.**

23.     Plaintiff Y.W. is currently an undergraduate student in F-1 status in the Northern District of California.

24.     Plaintiff Y.W. first came to study in the United States on a student visa in 2021.

25.     Plaintiff Y.W. left the country and in 2022 attempted to return to the United States

3

Declaration of Zachary Nightingale
Re: Complaint for Declaratory and Injunctive
Relief

No. 5:25-cv-03244

for the purpose of transiting though on their way to another destination. However, their visa was not appropriate for that purpose, which was an oversight on their part. As a result, Plaintiff Y.W. was then denied entry to the United States, and they were subjected to expedited removal and thus deported from the United States.

26. Plaintiff Y.W. thereafter sought to return lawfully to continue their studies. As part of their application for a new student visa, Plaintiff Y.W. applied for and received a waiver of their inadmissibility (for the prior deportation) under INA § 212(d)(3). With the waiver for that inadmissibility granted, they were again eligible to enter the United States lawfully. They traveled to the United States on that new F-1 visa in 2024 to continue their undergraduate program. Attached at <u>Exhibit J</u> are copies of Plaintiff Z.D.'s visas (with a notation on the F-1 visa that their INA § 212(d)(3) waiver was granted) and form I-20.

27. On or about April 4, 2025, Plaintiff Y.W. received a phone call from the international students' office from the university where they are currently an undergraduate student informing them that their SEVIS status was terminated. They were not given a reason for the termination.

28. Plaintiff Y.W. was informed that the school itself did not terminate their SEVIS status. Plaintiff Y.W. is unaware of the factual basis for the termination of their SEVIS status. Plaintiff Y.W. believes that the valid form I-20 issued by their school has not been terminated.

29. Plaintiff Y.W. does not have any criminal history in the United States or abroad.

30. Plaintiff Y.W. therefore does not have *any* criminal arrest or conviction, let alone a conviction for a crime of violence with a potential sentence of more than one year. While Plaintiff Y.W. was previously deported, which was not a criminal matter, they thereafter applied for another F-1 visa with an accompanying waiver of inadmissibility under INA § 212(d)(3) to waive the associated ground of inadmissibility. They were subsequently granted and traveled to the United States on the F-1 visa. This does not render Plaintiff Y.W. ineligible for a visa nor inadmissible or deportable from the United States. No other changes relating to their eligibility for their valid visa status are known to exist.

**Plaintiff H.G.**

31. Plaintiff H.G. is currently a graduate student in F-1 status in the Northern District

4

of California.

32.     Plaintiff H.G. first came to study in the United States on a student visa in 2019 and received an undergraduate degree.

33.     Plaintiff H.G. thereafter obtained and traveled to the United States on a B-2 visa in 2022, and A-2 visa in 2022, and another F-1 visa in 2024 to begin their graduate program. Attached at <u>Exhibit K</u> are copies of Plaintiff H.G.'s visas and form I-20.

34.     On or about April 4, 2025, Plaintiff H.G. received notice from the university where they are currently a graduate student that their SEVIS status was terminated. Attached at <u>Exhibit L</u> is the SEVIS Revocation Notice received by Plaintiff H.G.

35.     The code given for the termination was "Otherwise Failing to Maintain Status." The reason listed was that Plaintiff H.G. had been identified in a criminal records check.

36.     Plaintiff H.G. was informed that the school itself did not terminate their SEVIS status. Plaintiff H.G. is unaware of the factual basis for the termination of their SEVIS status. Plaintiff H.G. believes that the valid form I-20 issued by their school has not been terminated.

37.     Plaintiff H.G.'s only criminal history is an arrest in 2021 for which all the related charges were dismissed by the court. Attached at <u>Exhibit M</u> is the Dismissal Document of Plaintiff H.G.

38.     Plaintiff H.G. therefore does not have *any* conviction, let alone a conviction for a crime of violence with a potential sentence of more than one year. This single arrest and the subsequently dismissed charges do not render Plaintiff H.G. inadmissible to or deportable from the United States. Importantly, long before the SEVIS termination on April 4, 2025, Plaintiff H.G. had informed DOS of their arrest without conviction through their subsequent visa applications. After learning of Plaintiff H.G.'s arrest without conviction, DOS approved the three later applications for nonimmigrant visas—specifically the B-2 and A-2 visas in 2022, and the F-1 visa in 2024—for Plaintiff H.G., because DOS correctly recognized that their arrest and dismissed charges do not render them ineligible for a visa nor inadmissible or deportable from the United States.

**Plaintiff W.X.**

39.     Plaintiff W.X. is currently in F-1 status, and is employed pursuant to post-graduate

5

STEM OPT employment authorization, which is authorized through their F-1 student status, in the Northern District of California.

40.    Plaintiff W.X. first came to study in the United States on a student visa in 2017, and they received a high school diploma, an undergraduate degree, and eventually a graduate degree in 2024. Since that time, Plaintiff W.X. has worked in the United States pursuant to their F-1 status and associated employment authorization. Attached at <u>Exhibit N</u> are copies of Plaintiff W.X.'s visas.

41.    On or about April 4, 2025, Plaintiff W.X. received notice from the university where they obtained their graduate degree, which oversees their post-graduate employment authorization, that their SEVIS status was terminated. Attached at <u>Exhibit O</u> is the SEVIS Revocation Notice received by Plaintiff W.X.

42.    The code given for the termination was "Otherwise Failing to Maintain Status." The reason listed was that Plaintiff W.X. had been identified in a criminal records check.

43.    Plaintiff W.X. was informed that the school itself did not terminate their SEVIS status. Plaintiff W.X. is unaware of the factual basis for the termination of their SEVIS status. Plaintiff W.X. believes that the valid form I-20 issued by their school has not been terminated.

44.    On or about April 9, 2025, Plaintiff W.X. also received notice from DOS that their F-1 visa had been revoked. Attached at <u>Exhibit P</u> is the Visa Revocation Notice received by Plaintiff W.X.

45.    Plaintiff W.X.'s only criminal history is an arrest in 2024 for which no charges were filed. Attached at <u>Exhibit Q</u> is the Discharge Document of Plaintiff W.X.

46.    Plaintiff W.X. therefore does not have *any* conviction, let alone a conviction for a crime of violence with a potential sentence of more than one year. This single arrest does not render Plaintiff W.X. inadmissible to or deportable from the United States.

47.    Plaintiff W.X. is highly valued by their employer, which desires for them to continue to work at the company. However, Plaintiff W.X.'s ability to do so is in jeopardy due to the termination of their SEVIS record and status.

48.    Since they received the notices of their SEVIS terminations, all Plaintiffs have been experiencing high levels of stress and anxiety. They are unsure of what will happen to them, and

Declaration of Zachary Nightingale
Re: Complaint for Declaratory and Injunctive
Relief

No. 5:25-cv-03244

they fear the possibility of several consequences, including the lack of ability to continue their studies, the lack of ability to continue their OPT employment or to start OPT employment following graduation, the lack of ability to change status to another visa status (such as H-1b or O-1) based on employment obtained after graduation from school, detention and incarceration by ICE, or ultimately deportation or otherwise the obligation to leave the country without any ability to return to their studies, employment, career or community.

49.    ICE's en masse SEVIS terminations have created havoc and uncertainty for schools as well. Upon information and belief, Plaintiffs' respective universities were not given any advanced warning or further explanation for the termination of Plaintiffs' SEVIS status. Schools are scrambling to respond to these unprecedented actions and determine whether and how they can help their international students.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of April 2025, at San Francisco, California.

/s/Zachary Nightingale
Zachary Nightingale
Declarant

Declaration of Zachary Nightingale
Re: Complaint for Declaratory and Injunctive
Relief

No. 5:25-cv-03244

EXHIBIT A





UNITED STATES OF AMERICA

VISA

Control Number

Visa Type /Class
R    F1

Nationality

Birth Date

Expiration Date
19SEP2023

Sex

Issue Date
21SEP2018

Issuing Post Name

Surname
Y

Given Name
S

Passport Number

Entries
M

Annotation
UNIVERSITY

VISA

UNITED STATES OF AMERICA

Control Number

Visa Type /Class
R  F1

Nationality

Birth Date

Expiration Date
13MAR2029

Sex

Issuing Post Name

Surname
Y

Given Name
S

Passport Number

Issue Date
05APR2024

Entries
M

Annotation
UNIVERSITY

* *

EXHIBIT B

███████████                          ███████████████████

**Important message** ████████████

To: ████████████████████████>                                    Tue, Apr 8, 2025 at 9:38 AM

Dear ██████,

I attempted to contact you by phone a few minutes ago. Doing a routine check of student records in the SEVIS system, we found that your F-1 SEVIS record has been terminated today.  The termination reason listed is:
"Otherwise Failing to Maintain Status – Individual identified in criminal records check and/or has had their visa revoked."

████████ University does not have access to consular visa records and, therefore, cannot confirm or deny whether your F-1 visa stamp in your passport has been officially revoked. I strongly advise you to reach out to an immigration attorney immediately to discuss your legal status and legal presence, potential consequences, and appropriate next steps. We recommend that you go to the ████████████████████████ ████████████████████████████████ ██ ou can find a link to request a free confidential intake and other resources. You may of course choose to consult another immigration attorney. I can send you a list of possible options if you'd like.

I am sorry to give you this news.

████████████



EXHIBIT C

 Gmail

**Notice of Visa Revocation for** ▮▮▮▮▮▮▮▮▮▮
1 message

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    Wed, Apr 9, 2025 at 11:08 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear ▮▮▮▮▮▮▮▮▮▮ ,


We are writing about an important and serious matter in reference to your nonimmigrant student (F-1) visa.

On behalf of the United States Department of State, the Bureau of Consular Affairs Visa Office hereby informs you that additional information became available after your visa was issued. As a result, your F-1 visa with expiration date 13-MAR-2029 has been revoked under Section 221(i) of the United States Immigration and Nationality Act, as amended.

  The Bureau of Consular Affairs Visa Office has alerted the Department of Homeland Security's Immigration and Customs Enforcement, which manages the Student Exchange Visitor Program and is responsible for removal proceedings. They may notify your designated school official about the revocation of your F-1 visa.

Remaining in the United States without a lawful immigration status can result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S. visa. Please note that deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the United States. Persons being deported may be sent to countries other than their countries of origin.

Given the gravity of this situation, individuals whose visa was revoked may wish to demonstrate their intent to depart the United States using the CBP Home App at https://www.cbp.gov/about/mobile-apps-directory/cbphome

> ### CBP Home Mobile Application - U.S. Customs and Border Protection
>
> CBP Home Features CBP Home is a mobile application that grants you access to a variety of services provided by U.S. Customs and Border Protection (CBP), including:
>
> www.cbp.gov

.

As soon as you depart the United States, you must personally present your passport to the U.S. embassy or consulate which issued your visa so your visa can be physically cancelled.

You must not attempt to use your visa as it has been revoked.  If you intend to travel to the United States in the future, you must apply for another U.S. visa and a determination on your e igibility for a visa will be made at that time.

Sincerely,



EXHIBIT D

DOB: ▮▮▮▮
Atty:

E Warrant Issued:

Count 01: VC23152(a)-MISD-Driving Under The Influence Of A
Count 02: VC23152(b)-MISD-Driving While Under The Influenc
C02E01: VC23578-ENH-Special Allegation-Excess Blood Alco

Date: ▮▮▮▮ 2018
Judge:
CRC:
Reporte
DDA:
Language:

Hearing 1: Pretrial
Conference
Hearing Comment:

**Hearing Result:** ☐ Held  ☐ Commenced  ☐ 859 Plea  ☐ Continued – Party  ☑ Continued – Court

☑ CRCW Worksheet   ☑ JF Face Sheet   ☐ RAP Rap Sheet  ☐ JO Offer  ☐ STIPJ Stip ProTem

| APPEARANCES | ARRAIGNMENT | TIME WAIVERS |
|---|---|---|
| Def: ☐ Present  ☐ P I/C | PDP: ☐ PRI Appoint ☐ PDR Relieve | ☐ TWT Time Waived for Trial |
| ☐ 977 Waived ☐ 977F Filed ☐ FTA | ☐ NEPD Not eligibl ☐ 987C Refer R/S | ☐ TWPH TW for PH (10 & 60) |
| Attorney Present: ☐ SOA Sub of Atty | ☐ AOR Adv. of Rights | ☐ TWS TW for Sentencing |
| | ☐ TGSC Time granted to secure counsel | ☐ TCW TW Continues |
| ☐ DAFA Appear for Atty of Record: | | ☐ TWF TW for: |
| | **DEFENDANT ARRAIGNED on:** | ☐ TNW Time Not Waived |
| _____ | ☐ DAC Complaint ☐ DAOI Info ☐ APV PV | ☐ TNWS TNW for Sentencing |
| O INTP _____ Language | Waive ARR on: | ☐ TWTW Withdraw Time Waiver |
| INT Present: _____ | ☐ AWC Complaint  ☐ AWOI Info | ☐ JTC JT Confirmed |
| ☐ GCANI Good cause for noncert. | ☐ AWPV PV  ☐ AWDJ DEJ Violation | ☐ PHC PH Confirmed |
| ☐ GCTNI Temp use of noncertified | ☐ AWAC Amended Complaint | ☐ OROR Offer Recited on Record |
| ☐ NGCNI No cause for noncertified | ☐ AWAI Amended Information | ☐ PCW Prob. Cause Waived |
| O INLR INT No Longer Needed | | ☐ PCF Probable Cause Found |
| ☐ AP Also Present / ☐ PP PRO | ☐ PTSR Pretrial Services Report | ☐ EXW Extradition Waived |
| ☐ SORP SO Rep / ☐ CA City Att | ☐ DHT PH Transcript Provided | ☐ DWCO Waived Counsel |
| Present: _____ | ☐ PTSR Pretrial Services | |

| AMENDMENTS |
|---|
| Oral Amend on: O CAO Complaint  O IAO Info / Filed Amendment on: O ACFC Complaint  O AIF Info |
| Add/Modify Ct #____ Alleg #____ Code_____   F  M  I Offense Date: _____ |
| Add/Modify Ct #____ Alleg #____ Code_____   F  M  I Offense Date: _____ |
| ☐ IABI Info/Indict Amended by Interlineation as Follows: |

| CHANGE OF PLEA ~ PROBATION VIOLATION ~ PRE-PLEA DIVERSION | | |
|---|---|---|
| ☐ CH Conf. Held ☐ CNH Not Held | ☐ ARBWE Arbuckle Waived | ☐ WRPV Waive Rights on PV |
| ☐ OWR Oral Waiver of Rights | ☐ ARBWNE Arbuckle Not Waived | ☐ PVHW PV Hearing Waived |
| ☐ WORF WOR/Change of Plea | Waive: ☐ HW Hrvey ☐ DEJW DEJ | ☐ PVA PV Admitted |
| If WORF then P1 through P6 | ☐ P36W P36 ☐ PRW Prob Reprt | ☐ PVAD PV Denied |
| ☐ P1 Consequences of Plea | **REPORT REQUESTS** | ☐ PVSDW PV Withdrawn/Strike |
| ☐ P2 Advised/Understood/Waived | ☐ RTPS Pre-Sentence Report | ☐ DADEJ DADEJ No Suspend |
| ☐ P3 Self-Incrimination | ☐ RTPR Restitution | ☐ DIVPS PrePlea diversion granted |
| ☐ P4 Confront/X-Examine Witness | ☐ RTPD DUI Assessment | ☐ DJA Adm DEJ Vio ☐ DJD Deny |
| ☐ P5 Intelligently/Voluntarily Made | ☐ CCTC Coordinator to req. ASAM | ☐ DJSDW DEJ Vio W/drawn/Stricken |
| ☐ P6 Right to JT Waived (NO INF) | ☐ ASAMR ASAM report requested | ☐ DRCPR DEJ Revoked – |
| ☐ DAP Period of Parole | ☐ FAR P63 Advisory | Crim Proc. Reinstated |
| | ☐ FARIC P63 Advisory (in-custody) | ☐ DEJT DEJ Terminated |
| ☐ REGR Registration Requirement | ☐ REFP For: | |

| PLEA ~ DISPOSITION |
|---|
| ☐ P859 PC859 Plea ☐ HTA Held to Answer ☐ PHWB Prelim waived ☐ CTSC Transfer to Superior Crt |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Count # 2 | ☐ Guilty | ☐ Not Guilty | ☐ Nolo | ☐ PN859 | ☐ HTA | ☐ Not HTA | ☐ Certified | ☐ DISM Bal |
| Count # ___ | ☐ Guilty | ☐ Not Guilty | ☐ Nolo | ☐ PN859 | ☐ HTA | ☐ Not HTA | ☐ Certified | ☐ DISM Bal |
| Count # 1 | ☐ Guilty | ☐ Not Guilty | ☐ Nolo | ☐ PN859 | ☐ HTA | ☐ Not HTA | ☐ Certified | ☐ DISM Bal |
| Ct # 2 Alleg # ___ | | | ☐ Deny | ☐ Admit | ☐ Strike | ☐ Fnd True | ☐ Fnd Not True | ☐ Strike Bal |
| Ct # ___ Alleg # ___ | | | ☐ Deny | ☐ Admit | ☐ Strike | ☐ Fnd True | ☐ Fnd Not True | ☐ Strike Bal |

Case Name: _____

**...TIONS**

O **CDP** Case Dismissed by the People Pursuant to Plea on: _____
☐ **GRANT** ☐ **DENY** ☐ Peo ☐ Def ☐ Joint ☐ Prob Motion:
O **MVFRG** Vacate Forfeiture – Reinstate Bail Granted / ☐ **NRB** Notice of Re-assumption of Bail Filed
O **PC17G** Reduce Ct ___ Grant ☐ **PC17D** Deny / O **1203G** Dismiss Ct ___ Granted ☐ **1203D** Denied
O **MSPG** (Romero) Motion to Strike Prior(s) Granted: _____  ☐ **MSPD** Denied

**MENTAL HEALTH**          *Note: If MHDD Is Used, Calendar Future Dates In MH Case Type*

O **MHDD** Doubt Declared. By: ☐ Attorney ☐ Court   *This Suspends Case. Use on 1 Case ONLY*
*(Unlimited Only)* ☐ **DRA** Dr(s) _____   *(Cases Trailing an MHDD Case)*
Appointed Pursuant to: _____   ☐ **CPS** Criminal Proceedings Suspended Purs to: _____
☐ **SRD** Court/Prob may Appoint Dr(s) Exparte if Dr Unavail   ☐ **TCN** Matter to Trail:
☐ **DRSR** Doctor(s) Reports        ☐ **DROS** Doctor(s) reports ordered sealed.
☐ **MRCA** Reports in Conflict. Appoint Dr: _____. Pursuant to: _____

O **DPC** Found Competent | O **DNPC** Found **Not** Competent | O **CPR** Proceedings Reinstated

**FUTURE COURT DATES**       *Note: Time Estimates More Than 1 Day: Enter Total TE on 1st Day*

_____ @ _____ N / S / **Jail-N** PC JT SCR PX Oth: _____ for _____ Mins ___
                                              ☐ **ABOVE DATE SET BY JUDGE**
_____ @ _____ N / S / **Jail-N** PC JT SCR PX Oth: _____ for _____ Mins ___

_____ @ _____ N / S / **Jail-N** PC JT SCR PX Oth: _____ for _____ Mins ___

Vacate: _____ | ☐ **PDRS** Previous Dates Remain Set | ☐ **DOR** Deft Ordered Back | ☐ **TATD** Trial Assigned to: Dept #: ___
                  ☐ **WOR** Wit(s) Ordered Back:

**CUSTODY ~ WARRANTS ~ BOND** | **PROTECTIVE ORDER**

Def remains on ☐ **DRB** bail. ☐ **DROR** O.R. | O **CPO** CRIM Protective Order O **CPPO** Confidential
☐ **WR** Recall Warrant  ☐ **QW** Warrant Quashed | ☐ No Harass ☐ No Contact ☐ PO: ___ ☐ Exp: ___
☐ **WRO** Warrant Remains Outstanding | O **NTPO** Notice of Termination Filed
☐ **BWUS** B/W Under Submission | O **CNTPO** Confidential Notice of Termination Filed

☐ **BWO** B/W Ordered $ | **O.R. ~ INTERIM CONDITIONS**
☐ **NBBWO** B/W Ordered - No Bail | Released on: ☐ **ORREL** *(event)* Own Recognizance
☐ **ORREV** OR ☐ **SORR** SOR Revoked | ☐ **RKOR** KEMP OR
☐ **DRS** Defendant Remanded | ☐ **RSOR** Supervised OR: Contact OR at 363-4181
O **BSA** Bail Set at: $ | Abstain from: ☐ **AAB** Alcohol ☐ **AUPD** Drugs
O **NBA** No Bail Allowed | Test for: ☐ **SAUT** Alcohol ☐ **SDT** Drugs
O **BINC** Bail(+) O **BDEC**(-) $ | ☐ **SS** Search & Seizure ☐ **OBEY** Obey All Laws
☐ **AWO** A/W Ordered $ | ☐ **CNNO** Commit No New Offenses
☐ **DAA** Case Sent to DA for Affidavit | ☐ **MAAD** Make All Appearances/Appointments
☐ **BSJ** Bail to be Set by Judge | ☐ **DND** Do Not Drive w/o Valid License/Insurance
☐ **DR** Def Released on This Case Only | ☐ **SORAC** *Includes All Above Conditions*
Bail Ordered: O Exon O Forfeited O Reinstated | ☐ **SORA** DEF Understands & Accepts SOR Conds

☐ Other Conditions / Comments | Documents: ☐ **DOC** Document ☐ **CONF** Confidential ☐ **SLDD** Sealed
| CFOTH Corresp rec'd other than def ☐ **POE** Enroll Proof ☐ **PROC** Compl Proof
| ☐ **CUCRI** Certification of Unavailability of Certified or Registered Interpreter

I certify the foregoing is a true copy of the judgment rendered on the above date by the above named Judge. _____
                                                                              **Courtroom Clerk**

TO THE SHERIFF: The foregoing certified copy of judgment in the above entitled action is your authority for the execution thereof
DEFENDANT BEING RELEASED ON DEFENDANT'S OWN RECOGNIZANCE AGREES THAT (a) Defendant will appear at all times and places as ordered by the Court or magistrate releasing defendant and as ordered by any Court in which, or any magistrate before whom, the charge is subsequently pending (b) If defendant fails to so appear and is apprehended outside the State of California, defendant waives extradition. (c) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return defendant to custody or require that defendant give bail or other assurance of defendant's appearance as provided in part 2, title 10, chapter 1, of the Penal Code. (d) **FAILURE TO APPEAR CONSTITUTES A SEPARATE AND NEW FELONY/MISDEMEANOR.**
I understand that IF I RECEIVED SERVICES OF A COURT APPOINTED ATTORNEY I must report to Revenue Services **TODAY** for a determination of my ability to pay the cost of legal assistance provided. I have received a copy, read and understand the Notice under 987.8 PC.
Defendant: _____ Current Address: _____
Executed on: _____ Witnessed by: _____

Arraignment and Plea Form CRC-100 Rev. Jan. 2018                    Page 2 of 2

**NOTICE OF COMPLETION**
**CERTIFICATE**

**DL 101**

DMV
A Public Service Agency

| NAME   (LAST, FIRST MIDDLE   SUFFIX) | BIRTHDATE | DRIVER LICENSE NUMBER |
|---|---|---|

| ADDRESS | (STREET) | (CITY) | (STATE) | (ZIP CODE) |
|---|---|---|---|---|

The above named individual has successfully completed a  Driving-Under-the-Influence Program licensed by the California Department of Alcohol and Drug Programs to provide the following services: ☐ Education  Component  Only  (23140 CVC Conviction)     1st Offender Program _____03_____ months

Multiple Offender Program ☐ 12 months ☐ 18 months ☐ 30 months ☐ Multiple Offender Program (IID restriction only) _____ months of _____ months

| DATE OF ENROLLMENT | DATE OF COMPLETION | VIOLATION DATE | COURT CODE | DOCKET NUMBER |
|---|---|---|---|---|
| 2018 | 2018 | 2018 | | |

| PROGRAM NAME | | ADP LICENSE NUMBER |
|---|---|---|

| PROGRAM ADDRESS | (STREET) | (CITY) | (STATE) | (ZIP CODE) |
|---|---|---|---|---|

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | PARTICIPANT'S SIGNATURE | TELEPHONE NUMBER |
|---|---|---|
| 2018 | X | |
| DATE | AUTHORIZED PROGRAM REPRESENTATIVE'S PRINTED NAME | TELEPHONE NUMBER |
| 2018 | | |

**INSTRUCTIONS TO PROVIDER:** Print the appropriate number of copies, a[                    ]nt), retain a copy, and distribute to participant and court.

**NOTE:**  Before a restriction is processed, Proof of Financial Responsibility and reissue fee payment must be received.

This Notice of Completion Certificate is a facsimile of electronically transmitted information. Any copy printed for court, participant or record keeping is not valid for DMV purposes.

DL 101 (REV. 6/2005) WWW          **UNIQUE ID#:** [                    ]



■ 2018    **County** ■
**Sheriff's Work Program**

SWP ID: ■
SMSO ID: ■
**Closed** ■ 2018



**Notice of Program Completion**

You have completed your sentence on the Sheriff's Work Program.

Your fees have been paid in full. Thank you.



Phone Number: ■
Employer:

SMSO ID: ■
Start program    2018    Days to serve:    2
Release date:    2018    Days Credited:    0
                         Completed:    2

| SWP Account Transactions for ■ | | | |
| --- | --- | --- | --- |
| Date | TID | Charge or Credit | Amount |
| 2018 | ■ | Charge Admin Fee | 60.00 |
| 2018 | ■ | Charge Per Diem | 40.00 |
| | | **Total:** | **100.00** |
| 2018 | ■ | Payment Cash | (100.00) |
| | | **Total:** | **(100.00)** |
| Posted: 3 | | Balance Due: | $0.00 |

EXHIBIT E





**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID:

| SURNAME/PRIMARY NAME | GIVEN NAME | Class of Admission |
| PREFERRED NAME | PASSPORT NAME | |
| COUNTRY OF BIRTH | COUNTRY OF CITIZENSHIP | # F-1 |
| DATE OF BIRTH | ADMISSION NUMBER | |
| FORM ISSUE REASON<br>CONTINUED ATTENDANCE | LEGACY NAME | **ACADEMIC AND LANGUAGE** |

## SCHOOL INFORMATION

| SCHOOL NAME | SCHOOL ADDRESS |
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL | SCHOOL CODE AND APPROVAL DATE |

## PROGRAM OF STUDY

| EDUCATION LEVEL<br>BACHELOR'S | MAJOR 1 | MAJOR 2 |
| PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient | EARLIEST ADMISSION DATE<br>19 JULY 2017 |
| START OF CLASSES | PROGRAM START/END DATE<br>18 AUGUST 2017 - 09 MAY 2021 | |

## FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 10 MONTHS | STUDENT'S FUNDING FOR: 10 MONTHS |

## REMARKS

## SCHOOL ATTESTATION

## STUDENT ATTESTATION

ICE Form I-20 (04/30/2021)

Page 1 of 3

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: █████████

| SURNAME/PRIMARY NAME | GIVEN NAME | Class of Admission |
|---|---|---|
| ██████ | ██████ | |
| **PREFERRED NAME** ██████ | **PASSPORT NAME** | # F-1 |
| **COUNTRY OF BIRTH** ██ | **COUNTRY OF CITIZENSHIP** ██ | |
| **CITY OF BIRTH** ████████ | **DATE OF BIRTH** ████████ | |
| **FORM ISSUE REASON** CONTINUED ATTENDANCE | **ADMISSION NUMBER** | **ACADEMIC AND LANGUAGE** |

## SCHOOL INFORMATION

| SCHOOL NAME | SCHOOL ADDRESS |
|---|---|
| ██████████ | ██████████████ |
| **SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL** ██████████████ | **SCHOOL CODE AND APPROVAL DATE** ██████████ |

## PROGRAM OF STUDY

| EDUCATION LEVEL | MAJOR 1 | MAJOR 2 |
|---|---|---|
| MASTER'S | ██████████████ | None 00.0000 |
| **PROGRAM ENGLISH PROFICIENCY** Required | **ENGLISH PROFICIENCY NOTES** Student is proficient | **EARLIEST ADMISSION DATE** 27 AUGUST 2022 |
| **START OF CLASSES** | **PROGRAM START/END DATE** 26 SEPTEMBER 2022 – 16 JUNE 2024 | |

## FINANCIALS

████████████████████████████████████████████████

## REMARKS

Employment in the field of ██████████

## SCHOOL ATTESTATION

████████████████████████████████████████████████

## STUDENT ATTESTATION

████████████████████████████████████████████████

**ICE Form I-20 (04/30/2021)**

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

SEVIS ID: ███████████ **(F-1)**      NAME: ███████████

## EMPLOYMENT AUTHORIZATIONS

| TYPE | FULL/PART-TIME | STATUS | START DATE | END DATE |
|------|----------------|--------|------------|----------|
| POST-COMPLETION OPT | FULL TIME | REQUESTED | 13 AUGUST 2024 | 12 AUGUST 2025 |

## CHANGE OF STATUS/CAP-GAP EXTENSION

## AUTHORIZED REDUCED COURSE LOAD

## CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|----------------------------|--------------------------|
| 01 APRIL 2024 | 16 JUNE 2024 |

## TRAVEL ENDORSEMENT

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|----------------------------|-------|-----------|-------------|--------------|
| ██████████ | ████████ | X ██████████ | ████████ | ████████ |
|  |  | X ██████████ |  |  |
|  |  | X |  |  |
|  |  | X |  |  |

**ICE Form I-20 (11/30/2025)**                                   **Page 2 of 3**

EXHIBIT F



Fri 2025-04-04 16:12

Your record

To:

I am calling to inform you that your F-1 SEVIS record has been terminated, as indicated in SEVIS reports received this morning. The termination reason listed is:

"Otherwise Failing to Maintain Status – Individual identified in criminal records check and/or has had their visa revoked."

Please note that ████████ University does not have access to consular visa records and, therefore, cannot confirm or deny whether your F-1 visa stamp in your passport has been officially revoked.

We strongly advise you to reach out to an immigration attorney immediately to discuss your legal status and legal presence, potential consequences, and appropriate next steps. We recommend that you go to ████████████████████, where, at the top of the page, you can find a link to request a free confidential intake and other resources.

Best,

EXHIBIT G

Your **SEVP** Portal Account Will Close on 10/5/2025

do-not-reply SEVP @ice.dhs.gov

To:

Fri 2025-04-04 21:33

Student Name:
Type of OPT: post-completion

**Your OPT authorization period has ended. The Student Exchange and Visitor Program (SEVP) will close your SEVP Portal account on 10/5/2025.**

You have 15 days after the end date of your OPT authorization to make any updates. On 04/19/2025 the account will change to read only. Make sure your account information is accurate before that date. When your account changes to read only, you will need to contact your Designated School Official (international student adviser) to make changes.

You may need a copy of your account information in the future. Before you lose access to the SEVP Portal, use your browser's Print or Save features to keep a copy of the information in your account.
Your History Page contains a record of all events for your account.

For more information, go to SEVP Portal Help https://studyinthestates.dhs.gov/sevp-portal-help pages on Study in the States
Do not reply to this email. It was sent from a mailbox that is not monitored. You will get no response.

For help with this process, contact the SEVP Response Center:
* Email at SEVP @ice.dhs.gov or
* Telephone at (703) 603-3400 (Monday through Friday 8:00 AM to 6:00 PM ET, except U.S. holidays)

Sincerely,
The Student and Exchange Visitor Program
* studyinthestates.dhs.gov
* www.ice.gov/sevis

↩ Reply    ↪ Forward

EXHIBIT H

Notice of Visa Revocation –    Inbox ×

Apr 6, 2025, 8:42 PM (2 days ago)

to me ▾

Dear

We are writing about an important and serious matter in reference to your nonimmigrant student (F-1) visa.

On behalf of the United States Department of State, the Bureau of Consular Affairs Visa Office hereby informs you that additional information became available after your visa was issued. As a result, your F-1 visa with expiration date 18 Aug 2027 has been revoked under Section 221(i) of the United States Immigration and Nationality Act, as amended.

The Bureau of Consular Affairs Visa Office has alerted the Department of Homeland Security's Immigration and Customs Enforcement, which manages the Student Exchange Visitor Program and is responsible for removal proceedings. They may notify your designated school official about the revocation of your F-1 visa.

Remaining in the United States without a lawful immigration status can result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S. visa. Please note that deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the United States. Persons being deported may be sent to countries other than their countries of origin.

Given the gravity of this situation, individuals whose visa was revoked may wish to demonstrate their intent to depart the United States using the CBP Home App at https://www.cbp.gov/about/mobile-apps-directory/cbphome.

As soon as you depart the United States, you must personally present your passport to the nearest U.S. embassy or consulate so your visa can be physically cancelled.

You must not attempt to use your visa as it has been revoked. If you intend to travel to the United States in the future, you must apply for another U.S. visa and a determination on your eligibility for a visa will be made at that time.

EXHIBIT I

| | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF** ▓▓▓▓ | **FILED** 24<br>DATED: ▓▓▓<br>CLERK OR THE COURT<br>Superior Court of California |
| PLAINTIFF:<br>**PEOPLE OF THE STATE OF CALIFORNIA** | |
| DEFENDANT:<br>▓▓▓▓ | |
| **GENERAL WAIVER AND PLEA** | CASE NUMBER:<br>▓▓▓▓ |

I, ▓▓▓▓ _____ understand that I am charged with **PC 415 (2), a misdemeanor**
_____ on (Date) __**2024**__

I understand that I am also charged with having the following prior conviction(s):
_____

I understand the penalties are:
A. Maximum: **90 days CJ / $1000 fine**
B. Minimum (if applicable): _____

I understand that if I am not a citizen of the United States, a plea of guilty could result in my being deported from the United States, excluded from admission to the United States, or denied naturalization as a United States Citizen.

I understand that if I am currently on probation or parole for any other criminal offense that such probation or parole could be revoked as a result of my plea today.

**I am aware of and understand the above CONSEQUENCES of my plea** .......................................  **INITIAL** ▓▓▓

By personally initialing the boxes below, I indicate that I understand the following rights and facts, and I expressly give up and waive each right knowingly, intelligently and voluntarily as each applies to this charge or charges.

| | I understand this right | I waive this right |
|---|---|---|

**DEFENDANT TO PERSONALLY INITIAL EACH BOX:**

1. Right to a speedy and public jury trial ........................................................................
2. Right to confront and cross-examine all witnesses against me ......................................
3. Right to remain silent and not incriminate myself .......................................................
4. Right to subpoena witnesses and produce evidence ....................................................
5. Right to be sentenced by a Judge: I understand that by giving up this right I stipulate that I may be sentenced by a Court Commissioner. (Only initial if a Commissioner will sentence you.) ................................................................................................................
6. Right to be represented by an attorney at all stages of the proceedings and to have the Court appoint one at no charge if I cannot afford my own ...............................................

**DEFENDANT TO PERSONALLY INITIAL ONE OF THE TWO BOXES:**

[X] **REPRESENTED BY SELF:** I understand that I have the right to be represented by a lawyer throughout the proceedings. I understand that the Court will appoint a free lawyer for me if I cannot afford to hire an attorney, but at the end of the case I may be asked to pay all or part of the cost of that attorney, if it is determined that I have the ability. I give up my right to an attorney.

[ ] **REPRESENTED BY AN ATTORNEY:** I have discussed my case with my attorney, we discussed the rights I am giving up by my plea, the elements of the offense(s) charged, the possible defenses and the consequences of my plea(s).

All promises, if any, made to me concerning this plea are set forth below:
*Probation Denied, CPO to expire naturally* ▓▓▓ *fine*
*paid w/in 90 days., CTS one day.*

CR-4044 REV 3/07                **GENERAL WAIVER AND PLEA**                Page 1 of 2

| PLAINTIFF: | PEOPLE OF THE STATE OF CALIFORNIA | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | | |

I have read this document or have had it read to me, and I understand it. I have personally and voluntarily placed the answers in the boxes.

**PLEA**

INITIAL

1. Having in mind the nature of the charges against me, as above set forth, the rights I will be giving up, and all the possible consequences of my plea, I plead GUILTY (     )   NO CONTEST (   x   ) to those charges (and admit the prior convictions alleged against me, if applicable ...................................................................................

2. My decision to enter this plea has been made freely and voluntarily, without threat or fear to me or to anyone closely related to or associated with me .................................................................................

3. **GUILTY PLEA:** I am entering this plea because I am in truth and in fact Guilty and for no other reason

**OR**

**NO CONTEST PLEA:** I understand that for purposes of these proceedings, a plea of NO CONTEST is the same as a guilty plea, having the same legal effect and carrying the same consequences and sanctions, and that upon such a plea the Court will find me guilty. Further, I admit that there is a factual basis for my plea ................................................................................................................................................

I understand each of the foregoing items. I have initialed appropriate items as proof thereof. I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____ , 20 24   in _____ California.

x _____

**ATTORNEY'S STATEMENT** (if applicable)

I am the attorney of record and I have explained to the defendant each of his/her rights. I have read and explained all of the above to the defendant. I concur in his/her decision to waive them and enter a plea of (guilty)(no contest), and to admit the prior conviction(s), if applicable. I further stipulate that this document may be received by the Court as evidence of defendant's intelligent and intelligent waiver of rights and that it shall be filed by the clerk as a permanent record of that waiver.

_____ Absentia Form Attached

Date: _____ 2024

**INTERPRETER'S STATEMENT** (if applicable)

I, the undersigned, a qualified interpreter, having been sworn, truly translated this form and all the questions therein to the defendant in the _____ language. The defendant indicated an understanding of the contents of the form, and then signed and initialed the form in my presence.

Date: _____

(Interpreter's Signature)

**FINDINGS AND ORDERS**

**THE COURT FINDS THAT:**

1. Defendant and/or his/her attorney appeared in open court and entered his/her plea(s) and admission(s).
2. Defendant has knowingly, intelligently, and understandingly waived his/her rights as set forth above.
3. Defendant understands the nature of the charge and the consequences of his/her plea(s) and admission(s).
4. There is a factual basis for the plea.
5. Defendant's waiver of his/her rights, and his/her plea(s) and admission(s) are free and voluntary.

**IT IS ORDERED THAT:**

1. Defendant's plea(s) and admission(s) be entered.
2. This document be filed and incorporated in the minutes of this case.

Date: _____ 10224

(Judicial Officer's Signature)

CR-6044 REV 3/07      **GENERAL WAIVER AND PLEA**      2 of 2

EXHIBIT J





**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

**SEVIS ID:** ▇▇▇▇▇▇

| SURNAME/PRIMARY NAME | GIVEN NAME | Class of Admission |
| --- | --- | --- |
| PREFERRED NAME | PASSPORT NAME | **F-1** |
| COUNTRY OF BIRTH | COUNTRY OF CITIZENSHIP | |
| CITY OF BIRTH | DATE OF BIRTH | **ACADEMIC AND LANGUAGE** |
| FORM ISSUE REASON INITIAL ATTENDANCE | ADMISSION NUMBER | |

## SCHOOL INFORMATION

| SCHOOL NAME | SCHOOL ADDRESS |
| --- | --- |
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL | SCHOOL CODE AND APPROVAL DATE |

## PROGRAM OF STUDY

| EDUCATION LEVEL BACHELOR'S | MAJOR 1 | MAJOR 2 None 00.0000 |
| --- | --- | --- |
| PROGRAM ENGLISH PROFICIENCY Required | ENGLISH PROFICIENCY NOTES Student is proficient | EARLIEST ADMISSION DATE 04 MARCH 2023 |
| START OF CLASSES | PROGRAM START/END DATE 03 APRIL 2023 – 14 JUNE 2026 | |

## FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | STUDENT'S FUNDING FOR: 9 MONTHS |
| --- | --- |

## REMARKS

Student returning to resume the study. Previous SEVIS ID ▇▇▇▇▇

## SCHOOL ATTESTATION

## STUDENT ATTESTATION

**ICE Form I-20 (04/30/2021)**

EXHIBIT K

**VISA**

**UNITED STATES OF AMERICA**

Issuing Post Name

Control Number

Surname
G

Given Name
H

Visa Type /Class
R    B1/B2

Passport Number                Sex        Birth Date        Nationality

Entries
M

Issue Date
10MAY2022

Expiration Date
08MAY2032

Annotation
ESTA RECORD REVIEWED

**VISA** **UNITED STATES OF AMERICA**

Issuing Post Name

Control Number

Surname

G

Given Name

H

Visa Type /Class

O    A2

Passport Number          Sex          Birth Date          Nationality

Entries

M

Issue Date

22SEP2022

Expiration Date

31DEC2022

Annotation

ESTA RECORD REVIEWED



**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

SEVIS ID: ▮▮▮▮▮▮▮▮

| SURNAME/PRIMARY NAME | GIVEN NAME | Class of Admission |
|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | |
| PREFERRED NAME | PASSPORT NAME | # F-1 |
| ▮▮▮▮▮▮ | | |
| COUNTRY OF BIRTH | COUNTRY OF CITIZENSHIP | |
| ▮▮▮ | ▮▮▮▮▮ | |
| CITY OF BIRTH | DATE OF BIRTH | ACADEMIC AND |
| ▮▮▮▮▮ | ▮▮▮▮▮ | LANGUAGE |
| FORM ISSUE REASON | ADMISSION NUMBER | |
| INITIAL ATTENDANCE | | |

## SCHOOL INFORMATION

| SCHOOL NAME | SCHOOL ADDRESS |
|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL | SCHOOL CODE AND APPROVAL DATE |
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

## PROGRAM OF STUDY

| EDUCATION LEVEL | MAJOR 1 | MAJOR 2 |
|---|---|---|
| MASTER'S | ▮▮▮▮▮ | None 00.0000 |
| PROGRAM ENGLISH PROFICIENCY | ENGLISH PROFICIENCY NOTES | EARLIEST ADMISSION DATE |
| Required | Student is proficient | 24 AUGUST 2024 |
| START OF CLASSES | PROGRAM START/END DATE | |
| ▮▮▮▮▮ | 23 SEPTEMBER 2024 - 14 JUNE 2026 | |

## FINANCIALS

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## REMARKS

## SCHOOL ATTESTATION

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## STUDENT ATTESTATION

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

EXHIBIT L

**SECURE: Urgent -Your SEVIS record**

                                                    Friday, April 4, 2025 at 4:25 PM

To: ██████████

Dear █████

We attempted to contact you by phone several times today (my number is ████████. I am writing to inform you that your F-1 SEVIS record has been terminated, as indicated in SEVIS reports received this afternoon. The termination reason listed is:

*"Otherwise Failing to Maintain Status – Individual identified in criminal records check and/or has had their visa revoked. SEVIS record has been terminated."*

Please note that █████ University does not have access to consular visa records and, therefore, cannot confirm or deny whether your F-1 visa stamp in your passport has been officially revoked.

We strongly advise you to reach out to an immigration attorney immediately to discuss your legal status and legal presence, potential consequences, and appropriate next steps. ████████████████████████████████████████████████████████████████████ you can find a link to request a free confidential intake and other resources.

Please contact me if you have any questions.

# EXHIBIT M

Certificate #:

**CRIMINAL COURT**

**NO FEE**
Non-Public
Version

The People of the State of
vs.

**Certificate of Disposition**
Docket Number:

CITN:

Defendant DOB:                                    Arrest Date: ███ 2021    Arraignment Date: ███ 2021

THIS IS TO CERTIFY that the undersigned has examined the files of the ███████ **Criminal Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | | Disposition Date |
|---------|--------|---------------|-------------|--|------------------|
| 1 | PL 140.15 01 AM Criminal Trespass 2nd | AM | ACD ███ 22 | 21) dismiss and seal on | ██ 2021 |
| 2 | PL 140.10 0A BM Crim Trespass 3rd:Enclsd Prop | BM | ACD ███ 22 | 21) dismiss and seal on | ██ 2021 |
| 3 | PL 140.05 V Trespass | V | ACD ███ 22 | 21) dismiss and seal on | ██ 2021 |
| 4 | PL 240.26 03 V Harassment-2nd Alarm Or Annoy | V | ACD ███ 22 | 21) dismiss and seal on | ██ 2021 |
| 5 | PL 240.30 02 AM Agg Harass 2 -Threat By Phone | AM | ACD ███ 22 | 21) dismiss and seal on | ██ 2021 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified

Dated: ███ 2022

**Chief C**

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. Charges may not be the same as the original arrest charges.

EXHIBIT N





EXHIBIT O

## F-1 SEVIS Record Terminated

4 messages

Fri, Apr 4, 2025 at 5:08 PM

Hello ██████

I write to confirm the information that we discussed today April 4, 2025, at 7:30pm U.S. eastern time via Zoom.

The daily ████ review of all F-1 and J-1 students' records showed that your immigration status was terminated today.

Your Student and Exchange Visitor Information System (SEVIS) record with ████████████ was terminated by the Department of Homeland Security (DHS) at 5:31pm U.S. eastern time. The termination reason was "Otherwise Failing to Maintain Status". The additional SEVP explanation is "Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated". The change to your immigration status was initiated by DHS not ████

This means that you are no longer in valid F-1 student status. You will need to stop any OPT employment in which you are currently engaged.

I recommend that you connect with a qualified immigration attorney as soon as possible to discuss your immigration options.

Immigration Attorney Handout - This PDF has information about finding an immigration attorney and how to interact with them once you find one. ██████████████████████████████████████

AILA Lawyer Search - You can do a search by the type of lawyer you need. Immigration issues are federal so the physical location of the law firm does not matter.

Please reach out to ████ if you have any additional questions or if there is information we can provide to you and your immigration attorney.

Best,

EXHIBIT P

--------- Forwarded message ---------
From: ███████████████████
Date: Wed, Apr 9, 2025 at 7:53 PM
Subject: VISA REVOCATION NOTIFICATION
To: ████████████████████████████████

███████████

We are writing about an important and serious matter in reference to your nonimmigrant student (F-1) visa.

On behalf of the United States Department of State, the Bureau of Consular Affairs Visa Office hereby informs you that additional information became available after your visa was issued. As a result, your F-1 visa with expiration date 11-DEC-2028 has been revoked under Section 221(i) of the United States Immigration and Nationality Act, as amended.

The Bureau of Consular Affairs Visa Office has alerted the Department of Homeland Security's Immigration and Customs Enforcement, which manages the Student Exchange Visitor Program and is responsible for removal proceedings. They may notify your designated school official about the revocation of your F-1 visa.

Remaining in the United States without a lawful immigration status can result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S. visa. Please note that deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the United States. Persons being deported may be sent to countries other than their countries of origin.

Given the gravity of this situation, individuals whose visa was revoked may wish to demonstrate their intent to depart the United States using the CBP Home App at https://www.cbp.gov/about/mobile-apps-directory/cbphome.

As soon as you depart the United States, you must personally present your passport to the U.S. embassy or consulate which issued your visa so your visa can be physically cancelled.

You must not attempt to use your visa as it has been revoked.  If you intend to travel to the United States in the future, you must apply for another U.S. visa and a determination on your eligibility for a visa will be made at that time.



EXHIBIT Q

## DISCHARGE NOTICE
## NO COMPLAINT FILED



DATE: _____ 2024 _____

NAME: _____

BOOKING/CEN # _____

### DISCHARGE

As of today, the District Attorney's Office has not filed a criminal complaint in this matter and you are being discharged. You have no future court dates for this matter at this time.

### NOTICE

**Your discharge today does <u>not</u> mean formal charges will never be filed in this matter. The District Attorney may file a complaint against you in the future. If such a complaint is filed, a warrant for your arrest will be issued. It is recommended you keep your mailing address updated with the Post Office. You, or an attorney on your behalf, may contact the District Attorney's Office at** ▮▮▮▮▮▮▮▮ **for further inquiries regarding the status of your matter.**

### BAIL

If you have posted a bail bond, your bail will be exonerated in 15 days from today's date unless a complaint is filed within that time. Contact your bail bond company for further information.

If you have deposited cash bail, the money deposited with the court will be returned by mail to the address on the bail receipt in approximately 3 weeks.

### OR/SORP RELEASE

If you were originally released on your own recognizance ("OR") or on supervised-own-recognizance release with the Office of Pretrial Services ("SORP"), these release orders are terminated, you are discharged from these obligations, and you no longer need to report to Pretrial Services or comply with any conditions of release on this matter. (*See* "Standing Order: Re: Termination of Own-Recognizance (OR) or Supervised-Own-Recognizance (SORP) Release Upon No Filing of Complaint or Upon Notice of Case Rejection.")

### SAVE THIS DOCUMENT FOR FUTURE REFERENCE