Zachary Nightingale (California Bar # 184501)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| S.Y., Z.D., Y.W., H.G., W.X.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;<br><br>Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>    Defendants. | Case No.: 5:25-cv-03244<br><br>**DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br><u>Administrative Procedure Act Case, Declaratory Judgement Act Case</u> |

This Disclosure of Conflicts and Interested Entities or Persons is filed on behalf of Plaintiffs S.Y., Z.D., Y.W., H.G., and W.X.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest to report.

A supplemental certification will be filed upon any change in the information provided herein.

Dated: April 11, 2025                               /s/Zachary Nightingale
                                                     Zachary Nightingale
                                                    Attorney for Plaintiffs