Zachary Nightingale (California Bar # 184501)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| S.Y., Z.D., Y.W., H.G., W.X.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;<br><br>Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>    Defendants. | Case No.: 5:25-cv-03244<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Request for Declaratory and Injunctive Relief |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonym, and good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

(a) The parties shall refer to Plaintiffs by the pseudonyms S.Y., Z.D., Y.W., H.G., and W.X. in all filings and public proceedings; and

(b) The parties shall redact all personally identifying information, including Plaintiffs' true full names, from all filings consistent with Federal Rule of Civil Procedure 5.2.

IT IS SO ORDERED.


Dated: _____, 2025          _____
                                              United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO PROCEED UNDER PSEUDONYM