AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| S.Y., Z.D., Y.W., H.G., W.X., <br><br> *Plaintiff(s)* <br> v. <br> v. <br> Kristi NOEM, in her official capacity; Todd M. LYONS, in his official capacity; Moises BECERRA, in his official capacity; and Donald J. TRUMP, in his official capacity <br><br> *Defendant(s)* | Civil Action No. 5:25-cv-03244 NW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kristi Noem, U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr. Ave. SE, Washington, DC 20528-0485

Moises Becerra, Todd M. Lyons, U.S. Immigration and Customs Enforcement, ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900

Donald J. Trump, White House, 1600 Pennsylvania Ave. NW, Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary Nightingale
Van Der Hout LLP
360 Post Street, Suite 800 San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 4/11/2025

*Cindy Hernandez*
*Signature of Clerk or Deputy Clerk*