AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kristi Noem, Todd M. Lyons, Moises Becerra, Donald J. Trump
was received by me on *(date)* 04/11/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Yvonne Nickerson, Office of the U.S. Attorney for the Northern District of California , who is
designated by law to accept service of process on behalf of *(name of organization)*
Kristi Noem, Todd M. Lyons, Moises Becerra, Donald J. Trump on *(date)* 04/11/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/11/2025

*Server's signature*

KYLE MARSTON COURIER
*Printed name and title*

First Legal
200 Webster Street, Suite 291
Oakland, CA 94607

*Server's address*

Additional information regarding attempted service, etc: