UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.Y., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 25-cv-03244-NW<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO CONTINUE HEARING AND EXTEND BRIEFING SCHEDULE**<br><br>Re: ECF No. 17 |

On April 21, 2025, the parties filed a stipulation to continue the hearing in this matter to Monday, April 28, 2025, and to extend the briefing schedule. The Court GRANTS the request to continue the briefing schedule. Defendants' opposition shall be due by 5:00 p.m. today, and Plaintiffs shall file their reply by 5:00 p.m. on Wednesday April 23, 2025.

The Court DENIES the stipulation to continue the hearing date, and it shall remain on calendar at 9:00 a.m. on Friday, April 25, 2025. The Court acknowledges that this case was referred for consideration of whether the case is related to *Doe v. Trump et al*, 25-cv-03140-JSW. ECF No. 9. The Court anticipates a determination on the referral order before Friday, April 25, 2025, so that counsel can coordinate appearances in the two cases.

**IT IS SO ORDERED.**

Dated: April 21, 2025

Noël Wise
United States District Judge