Zachary Nightingale (California Bar # 184501)
Marc Van Der Hout (California Bar #80778)
Johnny Sinodis (California Bar #290402)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| S.Y., Z.D., Y.W., H.G., W.X., <br><br>　　Plaintiffs, <br><br>　　v. <br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; <br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; <br><br>Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; and <br><br>Donald J. TRUMP, in his official capacity, President of the United States of America; <br><br>　　Defendants. | Case No. 4:25-cv-03244-JSW <br><br>**RE-NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br><u>Request for Declaratory and Injunctive Relief</u> <br><br>Judge: Hon. Jeffrey S. White <br>Hearing Date: April 25, 2025 <br>Hearing Time: 9:00 a.m. |

PLEASE TAKE NOTICE that Plaintiffs S.Y., Z.D., Y.W., H.G., and W.X. are re-noticing the Motion for Temporary Restraining Order (Dkt. 10), and the associated hearing now set for April 25, 2025 at 9:00 a.m. in the courtroom of the Hon. Jeffrey S. White, located at 1301 Clay Street, Oakland, California, Courtroom 5, Second Floor.

As set forth in Plaintiffs' April 16, 2025 Motion for Temporary Restraining Order, and Points and Authorities in support thereof, Plaintiffs seek an order to:

1. Enjoin Defendants from arresting and incarcerating Plaintiffs pending the resolution of these proceedings. 5 U.S.C. § 705;
2. Enjoin Defendants from transferring Plaintiffs outside the jurisdiction of this District pending the resolution of these proceedings. 5 U.S.C. § 705; and
3. Enjoin any legal effect that the unlawful termination of Plaintiffs SEVIS statuses or the potential unlawful revocation of their F-1 visas may have, 5 U.S.C. § 705; § 706(2)(A), (C)-(D), including:
   a. Preventing Plaintiffs from continuing their existing studies or employment authorization under CPT or OPT in valid F-1 visa status. 5 U.S.C. § 705; § 706(2)(A), (C)-(D);
   b. Preventing, based on an alleged lack of valid nonimmigrant visa status, Plaintiffs from changing status to another nonimmigrant status, or applying for adjustment of status to lawful permanent resident. 5 U.S.C. § 705; § 706(2)(A), (C)-(D);
   c. Determining that Plaintiffs are accruing unlawful presence in the United States as a result of the SEVIS terminations. 5 U.S.C. § 705; § 706(2)(A), (C)- (D); and
   d. Preventing Plaintiffs from entering the United States using their valid F-1 visa or, if necessary, applying for another F-1 visa for which they would be eligible but for the SEVIS termination being challenged.

Furthermore, to prevent any retaliatory arrests, Plaintiffs seek an order from the Court requiring the parties to redact or file any information identifying Plaintiffs under seal, and an

1  order limiting the sharing by Defendants' counsel of any information about Plaintiffs' identities
2  or related personal information beyond what is reasonably necessary for the litigation (including
3  to comply with Court orders) and to prohibit use of the information for any purpose outside of
4  the litigation.

5  Hon. Noël Wise granted Plaintiffs' Motion for Temporary Restraining Order on April 17,
6  2025, for a period of 14 days (as to some of the above conditions). Dkt. 11. This case was
7  thereafter referred to Hon. Jeffrey S. White for consideration of whether it is related to Case No.
8  25-cv-03140-JSW, *Doe v. Trump, et al.*, and the cases have since been deemed related by the
9  Court. Dkt. 23.

10 Plaintiffs' Motion is based on the Complaint for Declaratory and Injunctive Relief Under
11 the Administrative Procedure Act and the Declaratory Judgment Act (Dkt. 1); the Declaration of
12 Zachary Nightingale with Accompanying Exhibits (Dkt. 1-1, Exhibits ("Exhs.") A-Q); Plaintiffs'
13 forthcoming Reply in Support of Motion for Temporary Restraining Order; and such other
14 materials and argument as may be presented in connection with the hearing on the Motion.

Dated: April 23, 2025　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　/s/Zachary Nightingale
　　　　　　　　　　　　　　　　　　Zachary Nightingale
　　　　　　　　　　　　　　　　　　Marc Van Der Hout
　　　　　　　　　　　　　　　　　　Johnny Sinodis
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs