UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: April 25, 2025      **TIME IN COURT**: 2 Hours, 8 Minutes

**JUDGE**: JEFFREY S. WHITE      **COURT REPORTER**: Raynee Mercado

**COURTROOM DEPUTY**: Nicole Hall

**CASE NO.**: 25-cv-03244-JSW

**TITLE**: S.Y., et al. v. Kristi Noem, et al.

**COUNSEL FOR PLAINTIFF**:
John Nicholas Sinodis
Marc Van Der Hout

**COUNSEL FOR DEFENDANT**:
Elizabeth D. Kurlan
Pamela Johann – Specially Appearing

**PROCEEDINGS**: Hearing on MOTION for Temporary Restraining Order – Held.
Status Conference – Not Held.

**RESULTS**: Motion for Temporary Restraining Order - GRANTED.
Motion for Preliminary Injunction – CONTINUED.

The Court orders the Temporary Restraining Order is extended for an additional 14 days.

The Court will conduct a Preliminary Injunction hearing on May 13, 2025, at 9:00AM, in Courtroom 5.

The Court takes the matter under submission and will prepare a written order outlining the briefing schedule and identifying the subject each brief should address, in preparation for the May 13, 2025, Preliminary Injunction hearing.