UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants.<br><br>S.Y., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, et. al.,<br><br>        Defendants.<br><br>ZHOUER CHEN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, et al.,<br><br>        Defendants<br><br>EMMA BAI,<br><br>        Plaintiff,<br><br>   v.<br><br>TODD M. LYONS,<br><br>        Defendant. | Case No. 25-cv-03140-JSW, 25-cv-03244, 25-cv-3292, 25-cv-3475, and 25-cv-03481<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDERS AND SETTING BRIEFING SCHEDULES AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos.: 9, 16 (25-3140); 10, 13, (25-cv-3244); 7, 18 (25-3292); 4, 14 (25-cv-3481); and 4, 12 (25-cv-3475) |

|   |   |
|---|---|
| SKY QUI, | |
|                Plaintiffs, | |
| v. | |
| TODD M. LYONS, | |
|                Defendant. | |

These related matters came before the Court on Friday, April 25, 2025, for hearings on Plaintiffs' motions for temporary restraining orders relating to termination of their records in the Student Exchange and Visitor Information System ("SEVIS"). In response to a question from the Court about whether there had been any change to the factual circumstances, the parties advised the Court that Immigrations and Custom Enforcement has begun restoring SEVIS records, including some of the Plaintiffs' records in these cases.[1] The impact on the Plaintiffs in this case, and others in their position, has not been fully developed.

Having considered the parties' papers, relevant legal authority, and counsels' arguments, for reasons stated by this Court in *Doe v. Trump*, No. 25-cv-3140 (Dkt. No. 16) and by its colleagues in the above listed cases that were subsequently related to the undersigned, the Court concludes Plaintiffs have met their burden to show an extension of the existing temporary restraining orders is warranted. The Court finds Plaintiffs have shown at least serious questions exist on their APA claims. The Court also concludes the Plaintiffs show the likelihood of irreparable harm from the terminations and that the balance of hardships tips sharply in their favor. Accordingly, the Court EXTENDS the TROs that are in place up to an including May 15, 2025. In case No. 25-cv-3140, the Court also ORDERS that Defendants are enjoined from imposing any legal effect that otherwise may be caused by the termination of Plaintiff's SEVIS statuses or the potential unlawful revocation of their F-1 visa.

The parties shall appear for a hearing on a motion for a preliminary injunction on May 13,

---

[1] *See, e.g.,* https://www.nytimes.com/2025/04/25/us/politics/trump-student-visa-cancellations.html (last visited April 25, 2025).

2

2025, at 9:00 a.m. The Court will permit remote appearances if counsel cannot appear in person on that date. If any attorney requests to appear remotely, they shall file a request to do so in the relevant case by no later than May 9, 2025.

By 9:00 p.m. on April 25, 2025, Defendants shall file a brief that addresses the information provided to the Court at the start of the hearing regarding the reinstatement of SEVIS records. That brief shall include any information Defendants are able to provide regarding what notice and opportunity an agency will provide an F-1 nonimmigrant before terminating a SEVIS record.

By 2:00 p.m. on April 30, 2025, Plaintiffs in these cases shall file any supplemental briefs and/or evidence to the opening briefs currently on file, in support of their motions for preliminary injunctive relief. Plaintiffs may elaborate on whether nationwide injunctive relief is appropriate.

By 2:00 p.m. on May 6, 2025, Defendants shall file or supplement their opposition briefs to Plaintiffs' motions for preliminary injunctive relief, which shall include any arguments regarding whether the relief Plaintiffs seek is moot. Defendants may elaborate on whether nationwide relief is inappropriate.

By 7:00 p.m. on May 9, 2025, Plaintiffs may file their replies.

**IT IS SO ORDERED**.

Dated: April 25, 2025

_____
JEFFREY S. WHITE
United States District Judge