Zachary Nightingale (CA Bar ## 184501)
Marc Van Der Hout (CA Bar #80778)
Johnny Sinodis (CA Bar # 290402)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| S.Y., Z.D., Y.W., H.G., W.X.,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;<br><br>Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>Defendants. | Case No.: 4:25-cv-03244-JSW<br><br>**NOTICE TO THE COURT REGARDING PLAINTIFFS' SEVIS RECORDS** |

As requested at the hearing on April 25, 2025, at 9:00 a.m., undersigned counsel respectfully submits this Notice to the Court regarding Plaintiffs' SEVIS records.

- S.Y.'s Student and Exchange Visitor Program (SEVP) Portal reflects that their SEVIS record has not been reactivated.
- Z.D.'s SEVP Portal reflects that their SEVIS record has not been reactivated.
- Undersigned counsel has not been able to get in touch with Y.W. today and does not have information at this time on the status of their SEVIS record.
- H.G.'s SEVP Portal reflects that their SEVIS record has not been reactivated.
- W.X.'s SEVP Portal reflects that their SEVIS record has not been reactivated.

Plaintiffs have not yet been informed if their SEVIS records were restored *nunc pro tunc*.

/s/Johnny Sinodis
Johnny Sinodis
Attorney for Plaintiffs

NOTICE TO THE COURT
4:25-cv-03244-JSW

1