CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| S.Y. *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 4:25-cv-03244 JSW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; AND [PROPOSED] ORDER** |

    Plaintiffs and Defendants hereby stipulate and respectfully request the Court to extend the deadline for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before July 7, 2025. The parties make this request because Defendants need a brief period of additional time to prepare their response to the complaint.

///

///

Dated: June 10, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 10, 2025

*/s/ Zachary Nightingale*
ZACHARY NIGHTINGALE
JOHN N. SINODIS
Attorneys for Plaintiffs

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file their response to Plaintiffs' complaint by July 7, 2025.

Date:

_____
JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

# DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On April 4, 2025, Plaintiffs filed a complaint in which they challenge the termination of their records in the Student Exchange and Visitor Information System. *See* Dkt. No. 1. Our office was served with the complaint on April 11, 2025.

3. On June 10, 2025, I contacted Plaintiffs' counsel regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 10, 2025

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney