CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| S.Y. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-03244 JSW <br><br> **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; AND [PROPOSED] ORDER** |

On June 18, 2025, the Court granted the parties' first stipulation to extend time for Defendants' response to Plaintiffs' complaint, setting a due date for Defendants' response to Plaintiffs' complaint as July 7, 2025. *See* Dkt. No. 14. The parties hereby stipulate to an additional extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before August 6, 2025. The parties make this request because Defendants are still in the process of conferring on how to proceed with this action. For these reasons, and as articulated below in Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

///

///

Stipulation to Extend
C 4:25-cv-03244 JSW                                  1

Dated: July 7, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 7, 2025

*/s/ Johnny Sinodis*
JOHNNY SINODIS
ZACHARY NIGHTINGALE
Attorneys for Plaintiffs

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file their response to Plaintiffs' complaint by August 6, 2025.

Date:

JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On June 18, 2025, the Court granted the parties' first stipulation to extend time for Defendants' response to Plaintiffs' complaint, setting a due date for Defendants' response to Plaintiffs' complaint as July 7, 2025. *See* Dkt. No. 14.

3. I have been in active discussions with the agency to determine how they want to proceed with this case. I contacted Plaintiffs' counsel regarding Defendants' request for a further extension of time to prepare their response to the complaint, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 7, 2025

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney