1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   S.Y. *et al.*,
12                                          Case No. 4:25-cv-03244 JSW
                Plaintiffs,
13                                          ORDER GRANTING AS MODIFIED
         v.                                 **SECOND STIPULATION TO EXTEND TIME**
14                                          **FOR DEFENDANTS' RESPONSE TO**
   KRISTI NOEM, in her official capacity as **PLAINTIFFS' COMPLAINT;** ~~AND~~
15 Secretary of the United States Department of ~~[PROPOSED] ORDER~~
   Homeland Security, *et al.*,
16
                Defendants.
17
18
19       On June 18, 2025, the Court granted the parties' first stipulation to extend time for Defendants'
20 response to Plaintiffs' complaint, setting a due date for Defendants' response to Plaintiffs' complaint as
21 July 7, 2025. *See* Dkt. No. 14.  The parties hereby stipulate to an additional extension of time for
22 Defendants' response to Plaintiffs' complaint.  Defendants will file their response on or before August 6,
23 2025. The parties make this request because Defendants are still in the process of conferring on how to
24 proceed with this action. For these reasons, and as articulated below in Declaration of Counsel, the
25 parties respectfully request that the Court grant their stipulation.
26 ///
27 ///
28

Stipulation to Extend
C 4:25-cv-03244 JSW                         1

Dated: July 7, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 7, 2025

/s/ Johnny Sinodis
JOHNNY SINODIS
ZACHARY NIGHTINGALE
Attorneys for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their response to Plaintiffs' complaint by August 6, 2025.  The Court reminds all parties that requests to continue should be filed before a deadline expires.

Date:   July 8, 2025

JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.