```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| S.Y. *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*,<br><br>  Defendants. | Case No. 4:25-cv-03244 JSW<br><br>**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; AND [~~PROPOSED~~] ORDER** |

On July 8, 2025, the Court granted the parties' second stipulation to extend time for Defendants' response to Plaintiffs' complaint, setting a due date for Defendants' response to Plaintiffs' complaint as August 6, 2025. *See* Dkt. No. 55. The parties hereby stipulate to an additional extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before September 5, 2025. The parties make this request because they are currently engaging in discussions regarding a possible resolution of the litigation. For these reasons, and as articulated below in Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

///

///

Dated: July 30, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 30, 2025

/s/ Johnny Sinodis
JOHNNY SINODIS
ZACHARY NIGHTINGALE
Attorneys for Plaintiffs

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their response to Plaintiffs' complaint by September 5, 2025.

Date: July 31, 2025

JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.