UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ORDER RESOLVING ADMINISTRATIVE MOTIONS**

**AND ADVANCING HEARING ON MOTIONS TO STAY**

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 25-cv-03140-JSW<br><br>Dkt. Nos. 84, 85 |
| S.Y., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTIN NOEM, *et al.*,<br><br>    Defendants. | Case No. 25-cv-03244-JSW<br><br>Dkt. Nos. 64, 65 |
| ZHUOER CHEN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>    Defendants. | Case No. 25-cv-03292-JSW<br><br>Dkt. Nos. 73, 74 |

1

| | |
|---|---|
| W.B., <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 25-cv-03407-JSW <br><br> Dkt. No. 50 |
| J.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 25-cv-03502-JSW <br><br> Dkt. Nos. 53, 54 |

On May 22, 2025, the Court granted Plaintiffs' motions for preliminary injunctions in these cases and granted their request for universal relief. On June 27, 2025, the United States Supreme Court issued an opinion in *Trump v. CASA* and stayed universal injunctions precluding enforcement of President Trump's Executive Order regarding birthright citizenship. 606 U.S. --, 145 S.Ct. 2540, 2549 (2025). The Court reasoned that the Government was likely to succeed on the merits of its argument that universal injunctions exceeded the district court's equitable authority.

August 8, 2025, Defendants moved stay the injunction the Court issued in these cases, which provides for universal relief. Defendants also argue that certain portions of the injunction are overly broad and must be stayed. Because Defendants did not notice the motions for a hearing[1], the Court directed them to notice the motions for a hearing. Defendants have now noticed the motions for hearing on September 12, 2025.

In the interim, the parties attempted to reach stipulations regarding the stay but were not successful and, on August 14, 2025, the parties each filed administrative motions relating to

---

[1] Defendants stated in the conclusion of their motions that they were seeking an immediate ruling.

2

briefing and hearing on the motions to stay.

Plaintiffs ask the Court to grant them an extension of time to oppose the motions to stay based on various case related and personal conflicts and to continue the hearing to September 26, 2025. Defendants oppose the requests for extensions and expressly move for immediate relief so that they may seek relief from the United States Court of Appeals for Ninth Circuit if the Court denies the motion to stay. Defendants also state that if the Court requires a response from Plaintiffs on the motions to stay, it should order them to oppose the motions by August 18, 2025.

The Court will not rule on the Governments' motion to stay without a response from Plaintiffs, in particular their position on why *CASA* would not impact the Court's ruling on their request for universal relief. The Court has carefully considered the conflicts identified by Plaintiffs' counsel, but DENIES their request for a two week continuance. The Court also has carefully considered the Government's request for expedited briefing. The Court will grant that request in part. Plaintiffs shall file their oppositions to the motions to stay by 5:00 p.m. on August 20, 2025. There will be no written replies. The Court ADVANCES the hearing scheduled for September 12, 2025 to August 22, 2025 at 9:00 a.m., and the Court will hold that hearing by Zoom webinar.

**IT IS SO ORDERED.**

Dated: August 15, 2025

JEFFREY S. WHITE
United States District Judge