Marc Van Der Hout (CA Bar #80778)
Johnny Sinodis (California Bar # 290402)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com
Attorneys for Plaintiff Doe

*Additional counsel listed on signature page

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America, et al.<br><br>    Defendants. | Case No. 4:25-cv-03140-JSW<br><br>**NOTICE TO THE COURT TO ADDRESS ONE POINT RAISED AT ARGUMENT**<br><br>Judge: Hon. Jeffrey White<br>Hearing Date: Aug. 22, 2025<br>Hearing Time: 9:00 a.m. |
| Zhuoer Chen, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al.<br><br>    Defendants. | Case No. 4:25-cv-03292-JSW<br><br>**NOTICE TO THE COURT TO ADDRESS ONE POINT RAISED AT ARGUMENT**<br><br>Judge: Hon. Jeffrey White<br>Hearing Date: Aug. 22, 2025<br>Hearing Time: 9:00 a.m |

*Doe v. Trump, et al.*, No. 4:25-cv-03140-JSW
NOTICE OF ADDITIONAL LEGAL AUTHORITIES

| | |
|---|---|
| S.Y., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al. <br><br> Defendants. | Case No. 4:25-cv-03244-JSW <br><br> **NOTICE TO THE COURT TO ADDRESS ONE POINT RAISED AT ARGUMENT** <br><br> Judge: Hon. Jeffrey White <br> Hearing Date: Aug. 22, 2025 <br> Hearing Time: 9:00 a.m |
| J.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al. <br><br> Defendants. | Case No. 4:25-cv-03502-JSW <br><br> **NOTICE TO THE COURT TO ADDRESS ONE POINT RAISED AT ARGUMENT** <br><br> Judge: Hon. Jeffrey White <br> Hearing Date: Aug. 22, 2025 <br> Hearing Time: 9:00 a.m |
| W.B., <br><br> Plaintiff, <br><br> v. <br><br> Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al. <br><br> Defendants. | Case No. 4:25-cv-03407-JSW <br><br> **NOTICE TO THE COURT TO ADDRESS ONE POINT RAISED AT ARGUMENT** <br><br> Judge: Hon. Jeffrey White <br> Hearing Date: Aug. 22, 2025 <br> Hearing Time: 9:00 a.m |

*Doe v. Trump, et al.*, No. 4:25-cv-03140-JSW
NOTICE OF ADDITIONAL LEGAL AUTHORITIES

Plaintiffs write to clarify one point that arose during oral argument on August 22, 2025. Plaintiffs do not consent to an amendment of the injunction writ large. Plaintiffs do consent to clarifying the injunction while Defendants pursue an appeal at the Ninth Circuit. The language proposed by Plaintiffs in their opposition to the motion for a stay pending appeal, which Defendants consented to with certain strike throughs read into the record (which Plaintiffs stated, on the record, they object to, but which the Court may find appropriate, if it were convinced by Defendants' arguments about *CASA* and reject Plaintiffs' arguments), would govern the injunction while Defendants' appeal is being adjudicated by the Ninth Circuit. Plaintiffs wish to make clear that they do not consent to an amendment of the injunction to strike the "similarly situated" language which Defendants read at argument, but Plaintiffs understand that the Court may do so if it accepts Defendants' arguments regarding *CASA* and rejects Plaintiffs' arguments. Plaintiffs would reserve right to appeal that elimination of the "similarly situated" language, were that to occur.[1]

Dated: August 22, 2025

Respectfully submitted,

/s/ Johnny Sinodis
Johnny Sinodis
Marc Van Der Hout
Zachary Nightingale

Attorneys for Plaintiff

Kristina David
CA Bar No. 346347
David Strashnoy Law, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
818-646-7350
kristina@strashnoylaw.com
Attorneys for Plaintiffs in cases 25-cv-03323-JSW & 25-cv-03383(JSW)

---

[1] Of course, even if *Immigrant Defenders* did bind the Court to hold that an injunction pending appeal under the APA should be stayed as to nonparties, that would still not apply to the scope of an injunction itself. *See East Bay Sanctuary Covenant v. Biden*, 993 F.3d 640, 660-61(9th Cir. 2021) (holding that a motions panel decision as to stay pending appeal is not precedential as to the merits of the appeal itself because of the differing standards of review).

*Doe v. Trump, et al.*, No. 4:25-cv-03140-JSW
NOTICE TO THE COURT

1

(Related to 25-cv-3140)

Justin Sadowsky (pro hac vice)
DC Bar No. 977642
Chinese American Legal Defense Alliance
4250 N Fairfax Drive #600
Arlington, VA 22203
646-785-9154
justins@caldausa.org

Andre Y. Bates (SBN 178170)
(aybates@dehengsv.com)
Steven A. Soloway (SBN 130774)
(ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509)
(czhu@dehengsv.com)
Yi Yao (SBN 292563)
(yyao@dehengsv.com)
DEHENG LAW OFFICES PC
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976
Attorneys for Plaintiffs
Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, and Gexi Guo

Ben Loveman
SBN 249970
Reeves Immigration Law Group
425 California Street, Suite 1250
San Francisco, CA 94104
415-568-3777
bloveman@reevesimmigration.com
Attorney for W.B., Case No. 4:25-cv-03407-JSW

*Doe v. Trump, et al.*, No. 4:25-cv-03140-JSW
NOTICE TO THE COURT

2