CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>    Defendants. | Case No. 4:25-cv-03140-JSW<br><br>ORDER GRANTING AS MODIFIED **STIPULATION TO STAY PROCEEDINGS;** [PROPOSED] ORDER<br><br>The Honorable Jeffrey S. White |
| S.Y., *et al.*,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*,<br><br>    Defendants. | Case No. 4:25-cv-03244-JSW |

STIPULATION
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | J.C. *et al.*, ) | Case No. 4:25-cv-03502-JSW |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | KRISTI NOEM, *et al.*, ) | |
| 5 | Defendants. ) | |
| 6 | ) | |
| 7 | ) | |
| 8 | W.B. ) | Case No. 4:25-cv-03407-JSW |
| 9 | Plaintiff, ) | |
| 10 | v. ) | |
| 11 | KRISTI NOEM, *et al.*, ) | |
| 12 | Defendants. ) | |

STIPULATION
4:25-cv-03140- JSW and related cases

On July 21, 2025, Defendants appealed the Court's order granting their motions for preliminary injunctions to the Court of Appeals for the Ninth Circuit in these four related cases. *See Doe v. Trump*, No. 4:25-cv-3140 (Dkt. No. 77); *J.C. v. Noem*, No. 4:25-cv-3502 (Dkt. No. 46); *S.Y. v. Noem*, No. 4:25-cv-3244 (Dkt. No. 57); and *W.B. v. Noem*, No. 4:25-cv-3407 (Dkt. No. 46). The parties conferred and hereby stipulate and respectfully request the Court to stay proceedings in this case pending the Ninth Circuit's decision on Defendants' appeal of the Court's order granting a preliminary injunction in *Doe v. Trump*, No. 25-4514; *J.C. v. Noem*, No. 25-4527; *S.Y. v. Noem*, No. 25-cv-4523; and *W.B. v. Noem*, No. 25-cv-4519.

The parties make this request because they believe that a stay of proceedings pending the Ninth Circuit's resolution of the appeal will benefit the parties and promote judicial economy. The parties will notify the Court within ten days of the Ninth Circuit's decision in the appeals in *Doe*, *J.C.*, *S.Y.*, and *W.B.*

Dated: September 8, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Defendants

Dated: September 8, 2025

*s/ John Nicholas Sinodis*
JOHN NICHOLAS SINODIS
Van Der Hout, LLP

*Attorney for Plaintiffs*

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
4:25-cv-3140 JSW and related cases            1

Dated:  September 8, 2025

    *s/ Ben Loveman*
BEN LOVEMAN
Reeves Immigration Law Group

*Attorney for Plaintiff*

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.  The parties shall file a joint status report in these four cases by January 30, 2026 that advises the Court on the status of the appeals.  The Court VACATES the case management conferences in these four cases, currently set for September 26, 2025.

Date:  September 10, 2025

_____
JEFFREY S. WHITE
United States District Judge

STIPULATION
4:25-cv-3140 JSW and related cases        2