| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 5 2026 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JOHN DOE,

       Plaintiff - Appellee,

 v.

DONALD J. TRUMP, in his official capacity, President of the United States of America; et al.,

       Defendants - Appellants.

No. 25-4514

D.C. No. 4:25-cv-03140-JSW
Northern District of California,
Oakland

ORDER

W.B.,

       Plaintiff - Appellee,

 v.

KRISTI NOEM and TODD M. LYONS,

       Defendants - Appellants.

No. 25-4519

D.C. No. 4:25-cv-03407-JSW
Northern District of California,
Oakland

ZHUOER CHEN; et al.,

       Plaintiffs - Appellees,

 v.

KRISTI NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security and TODD M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement,

No. 25-4521

D.C. No. 4:25-cv-03292-JSW
Northern District of California,
Oakland

| | |
|---|---|
| U.S. Department of Homeland Security,<br><br>        Defendants - Appellants. | |
| S.Y.; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>DONALD J. TRUMP; et al.,<br><br>        Defendants - Appellants. | No. 25-4523<br><br>D.C. No. 4:25-cv-03244-JSW<br>Northern District of California,<br>Oakland |
| J. C.; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity, President of the United States of America; et al.,<br><br>        Defendants - Appellants. | No. 25-4527<br><br>D.C. No. 4:25-cv-03502-JSW<br>Northern District of California,<br>Oakland |

Pursuant to the parties' stipulation (Docket Entry No. 25), these consolidated appeals are dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court as to these consolidated appeals.

FOR THE COURT:<br>
MOLLY C. DWYER<br>
CLERK OF COURT