1   CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
2   PAMELA T. JOHANN (CABN 145558)
    Chief, Civil Division
3   WILLIAM SKEWES-COX (DCBN 1780431)
    Special Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
7
    Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                               OAKLAND DIVISION
11

12  JOHN DOE,                            )   Case No. 25-03140 JSW
                                         )
13          Plaintiff,                   )   **STIPULATED REQUEST TO EXTEND TIME**
                                         )   **FOR PARTIES TO MEET AND CONFER AND**
14      v.                               )   **SUBMIT STATUS REPORT**
                                         )
15  DONALD J. TRUMP, in his official capacity as )
    President of the United States of America, *et al.,* )
16                                       )
            Defendants                   )
17  ─────────────────────────────────   )
                                         )   Case No. 4:25-cv-3244-JSW
18  S.Y., *et al.,*                      )
                                         )
19          Plaintiff,                   )
                                         )
20      v.                               )
                                         )
21  KRISTI NOEM, in her official capacity as )
    Secretary of the United States Department of )
22  Homeland Security, *et al.,*         )
                                         )
23          Defendants                   )
    ─────────────────────────────────   )
24                                       )   Case No. 4: 25-cv-3292-JSW
                                         )
25  ZHOUER CHEN, *et al.*                )
                                         )
26          Plaintiff,                   )
                                         )
27      v.                               )
                                         )
28                                       )
                                         )

STIPULATION
4:25-CV-03140 JSW and related cases

1   KRISTI NOEM, *et al.*,                          )
2          Defendants                               )
3   _____                )
4   SHANGSHANG WANG,                                )   Case No. 4:25-cv-3323-JSW
5                                                   )
6          Plaintiff,                               )
7       v.                                          )
8   KRISTI NOEM, *et al.*,                          )
9          Defendants                               )
10  _____                )
11  JUNGWON KIM, *et al.*,                          )   Case No. 4:25-cv-3383-JSW
12         Plaintiff,                               )
13      v.                                          )
14  KRISTI NOEM, *et al.*,                          )
15         Defendants                               )
16  _____                )
17  W.B.                                            )   Case No. 4:25-cv-3407-JSW
18         Plaintiff,                               )
19      v.                                          )
20  KRISTI NOEM, *et al.*,                          )
21         Defendants                               )
22  _____                )   Case No. 4:25-cv-3475-JSW
23  SKY QUI,                                        )
24         Plaintiff,                               )
25      v.                                          )
26  TODD M. LYONS, in his official capacity as      )
    Acting Director of United States Immigration an )
27  Customs Enforcement,                            )
28         Defendant.                               )

STIPULATION
4:25-CV-03140 JSW and related cases

|  |  |
|---|---|
| ) | Case No. 4:25-cv-3481-JSW |
| EMMA BAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KRISTI NOEM, *et al.,* ) | |
| ) | |
| Defendants ) | |
| ) | Case No. 4:25-cv-3502-JSW |
| J.C. *et al.,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KRISTI NOEM, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 4:25-cv-3549-JSW |
| ARYAN SHAH, *et al.,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TODD M. LYONS, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 4:25-cv-3480 JSC |
| YIWEI HE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KRISTI NOEM, *et al.,* ) | |
| ) | |
| Defendants. ) | |

STIPULATION
4:25-CV-03140 JSW and related cases

These consolidated cases return to this Court following Defendants' voluntary dismissal of their appeal from this Court's preliminary injunction. As directed by the Court in its February 6, 2026 Order, the parties are in process of conferring as to whether this litigation can be resolved, and/or a proposed case management schedule for the Court's consideration. Counsel for Defendants is in South Carolina on a work trip this week, and has requested additional time to discuss the matter with the Defendants and to meet and confer with Plaintiffs' counsel. As such, the parties agree that an extension of time to provide the Court with a status report and/or litigation plan is warranted, and respectfully request an additional week, until February 20, 2026, to confer and to provide an update to the Court.

DATED: February 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney

Attorneys for Defendants

DATED: February 12, 2026

VAN DER HOUT, LLP

*s/ John N. Sinodis*
JOHN NICHOLAS SINODIS

Attorneys for Plaintiffs John Doe, et al. (25-cv-3140); S.Y., et al. (25-cv-3244); and J.C., et al. (25-cv-3502

1

1  DATED:  February 11, 2026                REEVES IMMIGRATION LAW GROUP

2
                                            _s/ Ben Loveman_____
3                                           BEN LOVEMAN

4                                           Attorneys for Plaintiff W.B. (25-cv-
                                            3407)
5

6
   DATED:  February 11, 2026                CHINESE AMERICAN LEGAL DEFENSE
7                                           ALLIANCE

8                                           _s/ Justin Sadowsky_____
                                            JUSTIN SADOWSKY
9
                                            Attorneys for Plaintiffs Zhuoer Chen, et
10                                          al. (25-cv-3292)

11
                               **[PROPOSED] ORDER**
12
          Pursuant to the parties' stipulation, IT IS SO ORDERED. The Parties will meet and confer and
13
   file a joint status report by February 20, 2026
14

15
   Date:
16
                                            _____
17                                          Jeffrey S. White
                                            United States Senior District Judge
18

19

20

21

22

23

24

25

26

27

28