1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  WILLIAM SKEWES-COX (DCBN 1780431)
   Special Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-7298
6     Facsimile: (415) 436-6748

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE, | No. 25-cv-03140 JSW |
| Plaintiff, | **JOINT STATUS REPORT** AND ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT IN ALL CASES |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |
| S.Y., *et al.*, | No. 25-cv-3244-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Defendants. | |
| ZHOUER CHEN, *et al.* | No. 25-cv-3292-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Defendants. | |

JOINT STATUS REPORT; [PROPOSED] ORDER
4:25-cv-03140 JSW and related cases                    1

|   |   |   |
|---|---|---|
| W.B.,                Plaintiff,     v.  KRISTI NOEM, *et al.,*                Defendants | ) ) ) ) ) ) ) ) ) ) ) | No. 25-cv-03407-JSW |
| J.C. *et al.,*                Plaintiff,     v.  KRISTI NOEM, *et al.,*                Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 4:25-cv-3502-JSW |

Pursuant to the Court's Order dated February 17, 2026 in these four related cases, *see*, *e.g.*, *Doe v. Trump*, No. 25-cv-3140 ("*Doe*"), Dkt, No. 100, and the Court's previous order dated February 6, 2026, *see*, *e.g.*, *Doe*, Dkt, No. 101, the parties submit this joint status report regarding a proposed case management procedure.

The parties have begun a meet and confer process to discuss the remaining disputed issues asserted in the original complaints in this litigation, and whether they can be resolved without further involvement of the Court. These discussions exclude the claims asserted against the Department of State in the amended complaint in *Chen v. Noem*, No. 25-cv-3292, which are the subject of a pending motion to dismiss. The *Chen* parties agree that the motion to dismiss will remain pending and can be resolved by the Court notwithstanding any settlement discussions regarding the claims against the Department of Homeland Security.

After initial discussions, that parties agree that further discussions would be productive. The Plaintiffs are in the process of preparing demands to submit to Defendants, and the parties will thereafter engage in negotiations in an attempt to resolve these cases.

1  The parties anticipate that this process will take place over the next month, and they respectfully
2  request that the Court defer setting any case management schedule while the parties explore a possible
3  resolution. Accordingly, the parties propose that the Court order the parties to submit an additional
4  status report on March 20, 2026. At that time, the parties will report whether they have reached a
5  resolution or whether they need additional time to complete the process; if not, they will propose a case
6  management schedule for the Court's consideration.

7  DATED: February 20, 2026                    Respectfully submitted,

8                                              CRAIG H. MISSAKIAN
                                                United States Attorney
9
                                                *s/ Pamela T. Johann*
10                                              PAMELA T. JOHANN
                                                Assistant United States Attorney
11
                                                Attorneys for Defendants
12
   DATED: February 20, 2026                     VAN DER HOUT, LLP
13

14                                              *s/ John Nicholas Sinodis*
                                                JOHN NICHOLAS SINODIS
15
                                                Attorneys for Plaintiffs John Doe, et al.
16                                              (25-cv-3140); S.Y., et al. (25-cv-3244);
                                                and J.C., et al. (25-cv-3502_
17
   DATED: February 20, 2026                     REEVES IMMIGRATION LAW GROUP
18

19                                              *s/ Ben Loveman*
                                                BEN LOVEMAN
20
                                                Attorneys for Plaintiff W.B. (25-cv-
21                                              3407)

22
   DATED: February 20, 2026                     CHINESE AMERICAN LEGAL DEFENSE
23                                              ALLIANCE

24                                              *s/ Justin Sadowsky*
                                                JUSTIN SADOWSKY
25
                                                Attorneys for Plaintiffs Zhuoer Chen, et
26                                              al. (25-cv-3292)

27

28

JOINT STATUS REPORT; [PROPOSED] ORDER
4:25-cv-03140 JSW and related cases                  3

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Parties will file a joint status report by March 20, 2026.

Date: February 23, 2026

_____
Jeffrey S. White
United States Senior District Judge