CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>DONALD J. TRUMP, *et al.,*<br><br>          Defendants. | No. 25-cv-03140 JSW<br><br>**ORDER REGARDING JOINT STATUS REPORT AND ORDER REQUIRING FURTHER JOINT STATUS REORT** |
| S.Y., *et al.,*<br><br>          Plaintiff,<br><br>     v.<br><br>MARKWAYNE MULLIN, *et al.,*<br><br>          Defendants. | No. 25-cv-3244-JSW |
| J.C. *et al.,*<br><br>          Plaintiff,<br><br>     v.<br><br>MARKWAYNE MULLIN, *et al.,*<br><br>          Defendants. | No. 25-cv-3502-JSW |

ORDER
4:25-cv-03140 JSW and related cases                    1

Pursuant to the Court's Order dated June 1, 2026, *see*, *e.g.*, *Doe v. Trump*, No. 25-cv-3140, Dkt. No. 115, the parties in these three related cases submit this joint status report regarding a proposed case management procedure.

The parties are continuing to meet and confer to discuss the remaining disputed issues asserted in the original complaints in this litigation, and whether they can be resolved without further involvement of the Court. This process is ongoing, and the parties agree that additional time is needed to engage in this process and to determine if any further involvement of the Court will be needed. Accordingly, the parties propose that they submit a further status report on July 30, 2026. At that time, the parties will report whether they have reached a resolution or whether they need additional time to complete the process; or, in the alternative, will propose a case management schedule for the Court's consideration.

DATED:  June 30, 2026                          Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*s/ Pamela T. Johann*\*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

DATED:  June 30, 2026                          VAN DER HOUT, LLP

*s/ John Nicholas Sinodis*
JOHN NICHOLAS SINODIS

Attorneys for Plaintiffs

\*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Parties will file a joint status report by July 30, 2026.

Date:    July 1, 2026

_____
HON. JEFFREY S. WHITE
United States Senior District Judge

ORDER
4:25-cv-03140 JSW and related cases                  3